IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF BERKEL AND COMPANY CONTRACTORS, INC. | * * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:15-cv-204 |
| RESTORATION SPECIALISTS, LLC, and THE HANOVER INSURANCE COMPANY, | * * * * | |
| Defendants. | * * * | |

O R D E R

Presently before the Court is Plaintiff's notice of dismissal with Prejudice. (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA